In the Matter of Raymond Paul **HILE**,
Appellant.
No. 9260.

United States Court of Appeals
District of Columbia.

Submitted July 16, 1946.

Decided Aug. 12, 1946.

Mr. Raymond Paul Hile, pro se.

Mr. Edward M. Curran, United States Attorney, and Mr. Sidney S. Sachs, Assistant United States Attorney, both of Washington, D. C., submitted on the brief for appellee.

Before GRONER, Chief Justice, and EDGERTON and CLARK, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order is, therefore, affirmed.